# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Ray Viramontes, | No. CV-16-00151-TUC-RM |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

Pending before the Court is the parties' Joint Motion to Convert Evidentiary Hearing to a Status Conference. (Doc. 70.) The parties aver that Petitioner's counsel has been unable to prepare him for the evidentiary hearing currently scheduled for January 21, 2201, due to the Arizona Department of Corrections' COVID-19-related restrictions on in-person visitation. The parties ask that the evidentiary hearing be converted to a status conference so that the parties may advise the Court as to the progress of their preparations for the hearing and the scope of issues to be presented at the hearing. The parties also ask that Petitioner and counsel be allowed to appear telephonically at the status conference.

Good cause appearing,

**IT IS ORDERED** that the Joint Motion (Doc. 70) is **granted**. The evidentiary hearing in this matter, currently set for January 21, 2021 at 1:30 p.m., is **vacated**.

. . . .

. . . .

**IT IS FURTHER ORDERED** that a telephonic status conference in this matter is set for **January 21, 2021, at 12:00 p.m.** To appear telephonically at the status conference, the parties shall call 1-888-363-4735, access code 8066203, at the EXACT time of the hearing.

**IT IS FURTHER ORDERED** that the Clerk shall serve a copy of this order on James Kimble, the Warden of Arizona State Prison Complex-Lewis. Warden Kimble shall arrange for Petitioner Robert Ray Viramontes to attend the conference by telephone from his place of incarceration.

Dated this 12th day of January, 2021.

_____
Honorable Rosemary Márquez
United States District Judge